UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KARANJEET KAUR GILL, | No. 5:18-cv-03722-SVK |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED]** ORDER EXTENDING DEADLINES FOR FACT DISCOVERY AND MEDIATION COMPLIANCE |
| FABRINET WEST, INC., | AS MODIFIED BY THE COURT |
| Defendant. | |

Upon Stipulation of the parties, and good cause shown, the Court's scheduling order dated October 23, 2018 is modified as follows:

| Date | Event |
|---|---|
| May 15, 2019 | Close of Fact Discovery |
| June 15, 2019 | ADR (Mediation) Deadline |

The April 30, 2019 Case Management Conference will be rescheduled to May 28, 2019.

All other previously set deadlines are to remain unchanged.

Dated: February 21, 2019

*/s/ Susan van Keulen*
Hon. Susan van Keulen
U.S. Magistrate Judge